APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 7/16MJ93

v. Elue Lamar Paige

DATE: 8/24/16

TYPE OF HEARING: IA

*******************************************************************************

PARTIES:

1. Robert S. Ballou
2. Kari Munro, AUSA
3. Phillip Lingyfest, CJA
4. Elue Lamar Paige /dept.
5.
6.
7.
8.
9.
10.

*******************************************************************************

Recorded by: K. Brown

Time in Court: 14 Min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:52 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| 2:55 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| | 3 | | | | | | | | |
| 2:59 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| 3:01 | 1 | | | | | | | | |
| | 4 | | | | | | | | |
| 3:05 | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| 3:06 | 1 | | | | | | | | |
| | | | | | | | | | |